1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:    (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          NO. **CV16-02481 SLM**

              Plaintiff,
12                                   **JUDGMENT ON DEFAULT**
       v.
13
   JOANNE F. TEPING
14 aka JOANNE TEPING
   aka JOANNE FRANCIS TEPING
15 aka JOANNE FRANCES TEPING
   aka JOANNE FOX TEPING
16 aka JOANNE FRANCIS FOX
   aka JOANNE FRANCES FOX,
17
              Defendant.
18 _____/

19      In the above entitled action, the defendant JOANNE F. TEPING aka JOANNE

20 TEPING aka JOANNE FRANCIS TEPING aka JOANNE FRANCES TEPING aka JOANNE

21 FOX TEPING aka JOANNE FRANCIS FOX aka JOANNE FRANCES FOX having been

22 duly served with the Summons and a copy of the Complaint in the action, and the

23 defendant having failed to appear, answer, plead, or otherwise defend in the action within

24 the time allowed by law, or at all, and default having been duly entered; and it further

25 appearing that plaintiff's claim against the defendant is for a sum certain and for interest

26 which can by computation be made certain and for costs; and it further appearing that a

27 declaration on behalf of the plaintiff required by Rule 55 has been filed, setting forth the

28 amounts due plaintiff from said defendant in accordance with the prayer of the Complaint,

and also setting forth that defendant is not an infant or incompetent person or in the military service of the United States within the meaning of the Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers' and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and praying that Judgment be entered herein.

NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from the defendant, JOANNE F. TEPING aka JOANNE TEPING aka JOANNE FRANCIS TEPING aka JOANNE FRANCES TEPING aka JOANNE FOX TEPING aka JOANNE FRANCIS FOX aka JOANNE FRANCES FOX, the sum of $3,842.80 as principal, interest, attorney fees, and costs, plus interest in the amount of $0.15 per day from June 24, 2016, to the date of entry of the judgment, plus post judgment interest thereafter at the current legal rate per annum, pursuant to the provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

JUDGMENT ENTERED:   6/27/2016

SUSAN Y. SOONG, Clerk
UNITED STATES DISTRICT COURT

_____
Deputy Clerk   Mark Romyn